FIRST DEPARTMENT, NOVEMBER TERM, 1888.

Knapp, and also relating in any manner to the transactions referred to in the complaint," and as so modified affirmed, without costs to either party.

The People of the State of New York *ex rel.* Emily Works, Appellant, v. Ebenezer Allen, Respondent.—Order affirmed, with ten dollars costs and disbursements. Kennedy, J., not sitting.

Joseph Taylor, Respondent, v. Charles Hall, Appellant.—That part of the order appealed from which denied the motion to set aside the execution herein is reversed, with ten dollars costs and disbursements, and the motion is granted with ten dollars costs.

Maria A. Shaw, Respondent, v. Peter B. Myers and another, Appellants. — Order affirmed on the opinion of Merwin, J., at Special Term, with ten dollars costs and disbursements. Kennedy, J., not sitting.

Charles E. Lewis, Respondent, v. Eli Knapp, Appellant.—Judgment affirmed, with costs.

In the Matter of the Estate of Eliza W. Cady, deceased.—Order affirmed, with costs, to be paid by the appellant personally.

Charles W. Bardeen, Appellant, v. Charles W. Smith, Respondent.—Order affirmed, with ten dollars costs and disbursements. Kennedy, J., not sitting.

Warren Jones, Appellant, v. The Southern Central Railroad Company, Respondent.— Judgment affirmed, with costs.

Daniel B. Hess, Respondent, v. Allen Benedict, Appellant. — *Per Curiam.* On the trial the plaintiff offered in evidence a portion of the account between the parties, as kept by the defendant, which was received. The defendant then offered in evidence the remainder of the same account, which was objected to as incompetent and immaterial. This objection was sustained. In this the referee erred. The plaintiff having offered and the referee having admitted a part of the account, the defendant was entitled to have the whole admitted. Judgment reversed and a new trial ordered, with costs to abide the event.

Frederick Erhard, Respondent, v. Joseph Waller, Appellant.—Order affirmed, with ten dollars costs and disbursements. Kennedy, J., not sitting.

John A. Collins, Respondent, v. George K. Collins, Mary A. Collins, and Kate Collins, Appellants, Impleaded with others.— The order granted September 8, 1888, and entered September 25, 1888, is reversed, and the three interlocutory judgments entered against the appellants are vacated and set aside, with ten dollars costs and printing disbursements in one case, and ten dollars costs of the motion at Special Term, as per order settled.

Frederick Masten, Respondent, v. Vincent W. Bryant, Appellant.—Judgment affirmed, with costs, on opinion of Edwards, County Judge of Broome county.

William T. Cross, Respondent, v. Mortimer Spring, Appellant. — Judgment and order affirmed, with costs.

The People of the State of New York, Respondent, v. Frank Grace and Louis Clark, Appellants.—The judgment appealed from is affirmed and the clerk is directed to enter judgment and remit a certified copy with the return and decision of this court to the Court of Sessions of Onondaga county, pursuant to sections 517 and 518 of the Code of Criminal Procedure.

Philander W. Fobes, Respondent, [v. The Rome, Watertown and Ogdensburg Railroad Company, Appellant. — Judgment affirmed; with costs.

Calvin S. Bunnell, Respondent, v. Margaret A. Bunnell, Appellant.—Judgment affirmed. Kennedy, J., not sitting.

William Church and another, as Overseers of the Poor of the Town of Burlington, Respondents, v. Melvin Van Wagner, Appellant.—Interlocutory judgment affirmed, with costs, with leave to the defendant to answer within twenty days on the payment of the costs of the demurrer and of this appeal.

Andrew Van Woert, Appellant, v. Willis Ackley, Respondent.—Order affirmed, wth costs.

---

FIRST DEPARTMENT, NOVEMBER TERM, 1888.

Alfred G. Meyers and others, Appellants, v. William L. Scott and others, Respondents.—Judgments reversed and judgments ordered for the plaintiffs on the demurrers, and the defendants should be permitted within twenty days to answer the complaint, on payment of the costs of the demurrer and the costs of the appeals. Opinion by Daniels, J.

Margaret Porter, Plaintiff, v. Michael Carolin, Executor, etc., Defendant.—Judgment ordered as directed in opinion. Opinion by Daniels, J.

Adolph Sternfield and others, Respondents, v. The Williamsburg City Fire Insurance Co., Appellant.—Judgment as directed in opinion. Opinion by Daniels, J.

Adolph Sternfield and others, Respondents, v. The Western Insurance Company, Appellant. — Judgment ordered as directed in opinion. Opinion by Daniels, J.

In the Matter of the petition of James Galway to Vacate Assessment, etc.—Order affirmed, with usual costs.

In the Matter of the accounting of Oliver L. Jones and others.

Oliver L. Jones and others, Appellants, v. Lilian L. Jones, Respondent.—Judgment ordered as directed in opinion. Opinion by Brady, J.

Martin V. B. Smith and others, Respondents, v. James White and others, Appellants.—Judgment affirmed with costs. Opinion by Van Brunt, P., J.

Constance B. Price, Respondent, v. Walter J. Price, Appellant, impleaded, etc. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Euphemia E. Kennedy and others, Plaintiffs, v. William H. Burr and others, Defendants.—Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Isaac Wolf, by his Guardian, Appellant, v. The Houston, West Street and Pavonia Ferry Railroad Company, Respondent. — Judgment affirmed. Opinion by Daniels, J.

Alfred N. Beadleston, Respondent, v. Mary E. Beadleston, Appellant. — Judgment reversed and new trial ordered. Opinions by Daniels and Bartlett, JJ.

Alfred N. Beadleston, Respondent, v. Mary E. Beadleston, Appellant. — Affirmed without costs. Opinion by Daniels, J.

Alfred N. Beadleston, Appellant, v. Mary E. Beadleston, Respondent. — Order reversed, without costs. Opinion by Daniels, J.

Alfred N. Beadleston, Respondent, v. Mary E. Beadleston, Appellant. — Appeal from Special Term order directing trial of action to proceed from day to day, etc., dismissed, without costs. Opinion *Per Curiam.*

Mary A. Foster, Appellant, v. James Easton and others, Respondents. — Judgment and order affirmed, with costs. Opinion by Bartlett, J.